UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TROI SMITH,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:17-CV-217-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 23]. Plaintiff's motion for judgment on the pleadings [D.E. 14] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 18] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on May 30, 2018, and Copies To:**
Charlotte Williams Hall        (via CM/ECF electronic notification)
Mark J. Goldenberg        (via CM/ECF electronic notification)

DATE:        PETER A. MOORE, JR., CLERK
May 30, 2018        (By) /s/ Nicole Briggeman
        Deputy Clerk